Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brooklyn Richards, | Case No.: 2:25-cv-00468-JCM-MDC |
| Plaintiff, | **Plaintiff's motion to remove Matthew Tripp-Cox from the service list** |
| v. | |
| Portfolio Recovery Associates LLC, | |
| Defendant. | |

    Brooklyn Richards, by and through counsel, hereby requests that attorney **Matthew Tripp-Cox** be removed from the CM/ECF service list in this matter.

    Mr. Tripp-Cox (Nevada Bar No. 16642) is licensed to practice law in the State of Nevada, including in the Eighth Judicial District Court, from where this case was removed. Although he plans to apply in the near future, Mr. Tripp-Cox has not yet applied for admission to this Court.

    Plaintiff will continue to be represented by attorney Michael Kind in this matter.

MOTION      - 1 -

Accordingly, Plaintiff respectfully requests that this Court direct the Clerk of the Court to remove Matthew Tripp-Cox from the CM/ECF Service List.

Dated: March 25, 2025.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 3/28/2025

MOTION     - 2 -